

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | February 11, 2026 |
| U.S. v. REDACTED DEFENDANT 1 DAVID DUMITRU, REDACTED DEFENDANT 3 and REDACTED DEFENDANT 4 4:25CR3105 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Danielle Fliam, AUSA |

Be advised that the above-named Defendant is now in custody.  You may unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒   Unseal Criminal Case # 4:25CR3105.  Filing #1, the Indictment should remain sealed.

Defendants 1, 3 and 4 will remain sealed.