IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID DUMITRU,

Defendant.

**4:25CR3105**

**CASE
TELEPHONE CONFERENCE
INSTRUCTIONS**

To facilitate telephone conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, counsel and the defendants shall use the following instructions and codes assigned to this case:

Dial 1-855-244-8681.

Enter the access code 2318 102 2958, then touch the # key.

DATED this 11th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. Deluca*
United States Magistrate Judge