IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID DUMITRU,<br><br>Defendant. | 4:25CR3105<br><br>MOTION TO DISMISS |

COMES NOW the United States of America, by and through Lesley A. Woods, United States Attorney, and hereby moves to dismiss the Indictment against this defendant only, David Dumitru, in the above-referenced case, without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: Lesley Woods Digitally signed by LESLEY WOODS
Date: 2026.09.01 16:16:07 -05'00'

LESLEY A. WOODS, TX Bar #24092092
United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: Lesley.Woods@usdoj.gov