IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID DUMITRU,<br><br>Defendant. | **4:25CR3105**<br><br>**ORDER ON MOTION TO DISMISS** |

This matter is before the Court on the Government's Motion to Dismiss (Filing No. 32) requesting to dismiss, without prejudice, the Indictment as to Defendant David Dumitru only. Pursuant to Federal Rule of Criminal Procedure 48(a), the Court grants the Government's Motion and dismisses the Indictment, as to David Dumitru only, without prejudice.

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge